

JOHNNY CHOINSKI,CDCR#T-70003
                C.R.C
        STATE PRISON
P.O.BOX 1841,C-312-25 LOW
NORCO.CALIF.92860

COMMERCIAL AFFIDAVIT
AFFIDAVIT OF NOTICE,DECLARATION,AND DEMAND
FAIR NOTICE AND WARNING OF COMMERCIAL GRACE
NOTICE OF NON-JUDICIAL PROCEEDING
THIS IS A U.S. S.E.C. TRACER FLAG,NOT A POINT OF LAW

A SECURITY (15
USC)
----------------
------   **CV14-5077** mmm-plax

COMMERCIAL
AFFIDAVIT
U.S. S.E.C.
TRACER FLAG
NOT A POINT OF
LAW

STATE OF CALIFORNIA      )
                          ) ss:
COUNTY OF RIVERSIDE      )

TO:
     Los Angeles Police Commission
     Richard M.Tefank-Executive Director
     100 West First Street,Suite 134
     Los Angeles,CA 90012-4112

     Los Angeles Police Department
     Internal Affair Group et. al.
     304 South Broadway, Suite 215
     Los Angeles,CA 90013



Page 2.

Los Angeles Police Department
Detective Brian Carr #          RHD/HSS-1
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
Detective Reyes #25505 CIID/OIS
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
Detective Michael Berchem #23465 RHD/HSS-1
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
Detective Eric Mosher #30115 RHD/HSS-1
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
Officer Magdalena Furmanski #32080
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
Officer Brian O'Hara #23937 K-9 unit
251 East Sixth Street
Los Angeles,CA 90014

LAPD
Officer Linda K.Travis #23766 K-9 unit
251 East Sixth Street
Los Angeles, CA 90014

LAPD
Officer Dave Staumbaugh #26766 K-9 unit
251 East Sixth Street
Los Angeles,CA 90014

LAPD
Officer Gordon Olson #24353 K-9 unit
251 East Sixth Street
Los Angeles,CA 90014

    WHITTER COURT
Cathrine F.Brougham,Judge,(former D.A.Prosecutor in this case)
7339 South Painter Ave.
Whitter, CA 90802

L.A. County District Attorney's Office et.al.
Criminal Justice Center
Jackie Lacey-District Attorney
210 West Temple Street
Los Angeles,CA 90012-3210

Page 3.

L.A. County District Attorney's Office
Criminal Justice Center
Brent Smith-Investigator Office
210 West Temple Street
Los Angeles,CA 90012-3210

LACDAO
Criminal Justice Center
Charles Clay-Deputy D.A.
210 West Temple Street
Los Angeles,CA90012-3210

LACDAO
Criminal Justice Center
James Garrison-head deputy
210 West Temple Street
Los Angeles,CA 90012-3210

LACDAO
Criminal Justice Center
Scott Goodwin-Director
210 West Temple Street
Los Angeles,CA 90012-3210

Superior Court Los Angeles County
Criminal Court Building
Bob S.Bowers,Jr.,Judge, Dept.105
210 West Temple Street
Los Angeles,CA 90012-3210

Superior Court Los Angeles County
Criminal Court Building
Jackob Adajian,Judge,Dept.36
210 West Temple Street
Los Angeles,CA 90012-3210

Superior Court Los Angeles County
Criminal Court Building
Michael M.Johnson,Judge,Dept.126
210 West Temple Street
Los Angeles,CA 90012-3210

UNITED STATES DISTRICT COURT
Central District of California
Paul L.Abrams-Magistrate Judge
312 North Spring Street
Los Angeles,CA 90012

UNITED STATES DISTRICT COURT
Centeral District of California
Margaret M.MORROW-District Judge
312 North Spring Street
Los Angeles,CA 90012

Page 4.

UNITED STATES DISTRICT COURT
Central District of California
MANUEL L.REAL-District Judge
312 North Spring Street
Los Angeles,CA 90012

Los Angeles Police Department
Leonardo Romero-Firearm Expert #G 8005 SID/FAU
1358 North Wilcox Ave.
Los Angeles,CA90023

LAPD
Venessa Gould-Firearm Expert #G 9245 SID/FAU
1358 North Wilcox Ave.
Los Angeles,CA 90023

LAPD
LeFall #20154-Firearm Expert CIID/OIS
1358 North Wilcox Ave.
Los Angeles,CA 90023

Attorney at Law
Barry M.Orlyn SBN 037228
5959 W.Century Blvd. Siute 1114
Los Angeles,CA 90045

Attorney at Law
George A.Quevedo SBN 80557
3109 West Beverly, Suite B
Montebello, CA 90640

Private Investigator
Ricardo L.Jauregui P.I. 16406
11144 Balboa Blvd. #193
Granada Hills, CA 91344

Attorney at Law
Leonardo J.Klaif SBN 140937
P.O.Box 1657
Ojai, CA 93024

PROBATION OFFICE
Richard Shumsky-Chief probation officer
3606 West Exposition Blvd.
Los Angeles, CA 90016

LOS ANGELES POLICE DEPARTMENT
Charlie Beck-Chief of Police
304 South Broadway
Los Angeles, CA 90013

L.A. CITY ATTORNEY'S OFFICE et.al.
City Hall E
Susan Kawala SBN#178612 Police Litigation
200 North Main Street, 6th.Fl.

Page 5.

          Los Angels,CA 90012-4130

          L.A. CITY ATTORNEY'S OFFICE
          City Hall E
          Kelly N.Kades-Police Litigation
          200 North Main Street,6th.Fl.
          Los Angeles, CA 90012-4130

          LOS ANGELES FIRE DEPARTMENT
          Fire Station 52
          Shibuja Jon I.D. JS3137 Paramedic
          4957 Melrose Ave.
          Los Angeles,CA 90029

          Los Angeles Fire Department
          Fire Station 52
          Limon Michaeal I.D. ML6634
          4957 Melrose Ave.
          Los Angeles,CA 90029


          Lidia Jolanta Rotkis (Choinski)
          SS #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
          Dl.#A5782976
          4847 Rosewood Ave. #8
          Los Angeles,CA 90004


This action is taken in accordance with the California Penal Code Sec.
9 which states:

**CIVIL REMEDIES;PRESERVATION:** The omission to specify or affirm in this
Code any liability to damages,penalty,forefeiture,or other remedy imposed
by law and allowed to be recovered or enforced in any civil action or
poceeiding,for any act or omission declared punishable herein,does not
affect any right to recover or enforce the same.

I Johnny Choinski,the Undersigned,do solemnly swear,declare,and depose:

     1. THAT I am competent to state to the matters set forth herein.

     2. THAT I have personal knowledge of facts stated herein.

     3. THAT I am a victim of LAPD attempt murder,brutality,torture et.c

     4. THAT all the facts stated herein are true,correct,and certain,
        admissible as evidence,and if called upon as a witness,I will
        testify to their veracity.

     5. THAT the eternal,unchanged principles of Commercial Law are:

          a)A workman is worthy of his hire.(thou shal not steal)
          b)All are equal under the law.(no one is above the law)
          c)In Commerce,truth is sovereign.(thou shalt not bear false

Page 6.

witness)
d)Truth is expressed in the form of an affidavit.
e)An unrebutted affidavit stands as truth in Commerce.
f)An unrebutted affidavit becomes the judgment in Commerce.
g)All matters must be expressed to be resolved.
He who leaves the battlefield first loses by default.
i)Sacrifice is the measure of cradiblity (no willingless to
sacrifice = no liability,responsibility,authority or measure
of conviction)
j)A lien or claim can be satisfied only through an affidavit
by a point-for-point rebuttal,resolution by jury or payment.

6. THAT Commercial processes(including this Affidavit and the
required responses to it) ARE NON-JUDICIAL and pre-judicial because:

a)No judge,court,government or any agencies thereof,or any
other third parties whatsoever,can abrogate anyone's affidavit
of truth;and
b)Only a party affected by an affidavit can speak and act for
himself and is solely responsible for responding with his own
affidavit of truth,which no one else can do for him.

7. THAT the lawful seizure,collection,and transfer of ownership of
money or property must be effected by a valid Commercial Lien which
must contain certain elements in order to be Commercially valid,to
wit:

a)The lien instrument must obviously,patently,and evidently be
a LIEN by being clearly and explicitly titled "LIEN""CLAIM OF
LIEN"or"DECLARATION OF LIEN",and mandatorily,by its executive
Commercial content(full disclosure) as follows in b),c) and d);
b)The lien instrument MUST CONTAIN a notarized hand-signed
affidavit,for which the issuer is commercially liable,
containig a plain statement of fact disclosing how the
obligation of the lien was created,attesing that the commercial
condition is true,correct,and certain;
c)The lien instrument MUST CONTAIN a ledger or bookkeeping
statement connecting purchases,services rendered,and/or injuries
sustained,with a claim of obligation such that each purchase,
service,and/or injury is presented in a one-to-one correspondence
with its partial claim of obligation. The partial obligations
are then totalled to obtain of obligation. This is called a
"True Bill in Commerce."
d)The lien instrument MUST CONTAIN a statement,either specific
or general,of the property being seized from the lien deptor to
satisfy,or to guarantee satisfaction of,the obligation of the
lien.
e)A NOTICE OF LIEN to be valid MUST CONTAIN a clear statement
as to where the lien is filed,where it can be found and how a
copy can be obtained.

8,
THAT I Johnny Choinski I am not the creation or chattel property or
any government agency whatsoever. I am not under any obligation
whatsoever to any governmental agency,state or federal,or any of
their self-passed laws,statutes,regulations or policies.

Page 7.

9. THAT any and all of the various papers,documents,adhesion contracts or "agreements" I may have signed with any government agency or entity or any others that might be construed to indicate a conclusion contrary to my hereinbelow assertions were made,signed by me on the basis of mistake due to lack of full disclosure creating a deliberate lack of full knowledge,a deliberate action of fraud,non-disclosure,concealment of material fact,and misrepresentation,vitiating all documents by such action of fraud.

10. THAT it is the sincerest belief,religious and spiritual conviction of this Affiant that slavery and penage are immoral,are violations of the First Precept of COmmercial Law(a workman is worthy of his hire), "Thou shalt not steal",that fraud,misrepresentation,nondisclosure, intimidation,deceid,concealment of material fact,lying,and treachery are morally wrong.

11. THAT I Johnny Choinski have absolutely no desire whatsoever to be a "client" (slave) of any governmental agency,state of federal,or any of their Principals,or the "UNITED STATES",or to incur any debts or obligations to said entitiies for whatever "benefits" said entities might purpose to provide or seek to provide to this Affiant,or be directed by,subject to,or accountable to any parties other than my own conscience and best judgment for the purpose of preserving inviolate my unalienable/inalienable rights to life,liberty,freedom and property while engaging in the honorable,productive,and non-harmful activities of my life.

12. THAT I Johnny Choinski I am the sole and absolute owner of mayself my body,and my estate,and possess unconditional,allodial,sovereign title thereto,and that I abjure,renounce,forsake,and disavow utterly and absolutely now and forever all presumptions of power,authority,or right by any governmental agency,its Principals,over the rights,life, liberty,freedom or property of this AFfiant from whatever source presumed or derived.

13. THAT NO COMMERCIAL PAPERWORK or COMMERCIAL AFFIDAVITS have been furnished or supplied to me,Johnny Choinski,by Above Respondents, _____ or any others that created the so-called liability.

14. YOU, LIDIA JOLANTA ROTKIS (CHOINSKI) on April 4,1999,You committ Domestic Violance act against me when I try to go out from you drunk you hit me by pushing me hard back so I hit the furniture, when I stand up and try again go out, you try to do the same, but I defending myself slap you by open hand and lewt the apartment, talking to my friend downstairs police show up and arrest me, that was only one report about this incident, they fabricate second report and you sign false report.

15. YOU, criminally conspire with LAPD Officials and District Attorneys to fabricate false police reports about this incident to use against me, you never obtain or have active any Restraining Order after this incident.

16. On July 24,1999, after I return from D.V.mitting,you was drunk after party with yours friends,you was aggressive against me and hit me by cristal ashtray to my back right leg cause slit and bleeding,then

Page 8.

then I call the police on you, after waiting about 30 min. for police
I lewt our house to get medical help for my heavily bleeding leg.

17. YOU, when police arrive you LIE to the police about this incident
    and make false police report with yours signature on it.

18. On August 6th.2001 at approx 02:00am when I was slipping in my parents
    house I have bad dream so I drive to our apartment to check on you,but
    you probably have somebody in our bed? so you call police 911 to get
    me go away from apartment, I never comeback again,that was only one
    police report.

19. YOU, again LIE to the police about my visit and fabricate two (2)
    false police reports with yours signature on it.

20. YOU, on the same day approx 07:00am have been in the police station
    at Wilcox, "met" and have interview with Polish women LAPD Officer
    Magdalena Furmanski, you LIE to her about me and formed a Criminal
    Conspiracy against me.

21. YOU, shortly after met M.Furmanski make phone call to my work place
    (I was absent that time) so you lewt a "CRIMINAL THREAT MESSAGE"
    addressed to me by talking to my work partner Michael Kulig,you states:
    " I JUST EXPANDED MY CIRCLE OF FRIENDS (M.Furmanski) THAT IF THEY
       CATCH YOU THEY ARE GOING TO BEAT YOU UP AND SHOT YOURS TESTICLE
       AND PENIS,ALSO I SHOW THEM YOUR PICTURE" Two (2) weeks after this
    threat LINDA TRAVIS LAPD OFFICER by assault and brutality EXACTLY
    EXECUTE THIS MESSAGE!

22. On August 17.2001,after 5:00pm you cam to my work with my staff and
    I give you yours bicycle which I monted on the rack on my car Toyota
    Corrola which you was using-driving, M.Kulig is a witness.

23. YOU, sold my car Toyota Corrola-licence No.4CVW048 without my permision
    which is a THEFT for value about 3.000 dol.,D.M.V. record.

24. On August 21,2001, you know that I cam to our apartment for rest of
    my belongings, you was waitnig and open me balcony door, I was SOBER,
    you was drinking alcohol before I cam.

25. When I finish gather my staff included my registered to me revolver,
    you advised me to take shower.

26. YOU, when I was in shower about 15 min.,you call M.Furmanski and LIE
    about me, she advise you to go out from the apartment,call 911 and
    she is on the way, apartment phone record from that time.

27. YOU, when I finish shower hand me over towel and close the bathroom
    door, then you grab the apartment keys, cordless phone and run to
    the street and make false 911 call that "I am in apartment Drunk,Have
    a gun, and try to kill you", apartment phone record.

28. YOU, when you talk to 911 operator you was hearing me Yelling at you
    "are you crazy,what gun,who is drunk,then you "HUNG UP" and never
    call 911 again, because I was OCCUPY the only one line talking with
    my Mother. apartment and my Mother phone record.

29. When first Loudy Helicopter cam then M.Furmanski you pass the cordless
    phone to the police when I was talking to my Mother "THEY COMMAND
    ME TO PUT THE GUN DOWN AND POLICE IS WAITING DOWNSTEIRS".

30. YOU, hear the shots fire outside the apartment when police was shooting
    at me approx 12:40am, that was the reasone for Officer M.Furmanski
    to take you away to the Police Station at Willcox.

31. Because police committ attempt murder at me, YOU WAS TRAP, LAPD Officials
    with District Attorneys investigators "INTIMIDATE YOU and YOU HAVE NO
    CHOICE BUT TO CRIMINALLY CONSPIRE WITH THEM TO COVER UP THEM AND YOURS
    CRIME!

Page 9.

32. YOU, recorded new fabricated false 911 call that you call again
    and talk with 911 operator for about 7 min., you with your
    friends M.Furmanski,Kasia Sulima and Mariusz Kukier fabricate
    all stories about me drinking or try to kill the police.

33. YOUR, certaily criminal acts,included perjury in the Court
    of Law and criminal conspiracy with Detective Eric Mosher and
    Prosecutor Cathrine F.Brougham and my private lawyer George
    A.Quevedo. YOU RUIN my Life, you broke my hard, you desroy my family
    I hope and pray that you burn in HELL for ever and never born again.

34. YOU, MAGDALENA FURMANSKI,LAPD Officer responded to Lidia Jolanta
    Rotkis (Choinski) call approx 12:10am and arrived at the scene approx
    12:20am as first officer before I had been shot by the LAPD officer
    Brian O'Hara who arrive at the scene approx 12:35am and talk to my
    Wife then go and shot me approx 12:40am, naighbor from apartment #3
    saw him alone jumping over the brick wall.

35. YOU, never met me and I dont know you,first time I saw you in Court
    at Preliminary Hearing testefaying for my absent Wife or converts
    to his own use or the use of LAPD, you through certain illegal and
    unlawful acts,by criminal conspiracy YOU LIE and commit Perjury in
    Court of Law. I know that you 'PROMYS' my Wife that I never get out
    from prison.

36. YOU, when I was at Hospital and Jail waiting for trial for almost
    a year, you criminally conspire against me, my Mother and Sister by
    horrasing my family, file false police report in order to obtain
    Restraining Order to prevent contact with my Wife.

37. YOURS certainly criminal acts,which you willfully chose to evade and
    ignor,and have continued to illegally and unlawfully misure the vested
    Law Enforcement Power and Authority of the same said Public Office
    to aid, and furtherance of the same illegal and lawful activity, are
    Prohibited from holding or enjoying any employment of Public Trust,
    honor,or Profit within the Los Angeles and are believed to have sworn
    and subscribed a false and fraudelant Oath.

38. YOU, BRIAN O'HARA LAPD OFFICER, you never saw me before that shooting
    and I never saw you in my Life. You arrive at the scene approx 12:35am
    with your partner Linda Travis, upon arrival you spoke to my Wife
    who pass you a cordless phone and you interapt my conversation with
    my Mother, by calling my name and give me command "JOHNNY PUT THE
    GUN DOWN AND POLICE IS WAITING DOWNSTAIRS".

39. YOU run alone directly to the apartment security door, you never even
    attempt to clearing out any residence from naighboring apartment,YOU
    LIE.

40. YOU, possition you self by hidding safeguarded behind brick wall directly
    across the Close Security Metal Screen "TRANSPARENT" Door watching me
    on the way down to the bottom and aiming your assault rifle AR-15.223
    cal., when I drop my revolver to the floor and stand up you without
    any and all warning ambushing me Open Fire from ten (10) feet away in
    like an EXECUTION STYLE hiting me multiple times, YOU EVEN thoug I was
    severaly wounded-paralize-you continued shooting at me.

41. YOU never saw me open the security door and standing with my revolver
    in my MOUTH or tell me to drop the gun, YOU LIE and committ perjury.

Page 10.

42. YOU, after shooting at me and knowing that I am bleeding and critical
    condition, you did not call an ambulance, you deliberatelly denied
    me medical attention.
43. YOU, with accompany Linda Travis who open the security door using
    the security key which my Wife give her, you partisipate with Linda
    Travis BRUTALITY-TORTURE ME WOUNTED IN CRITICAL CONDITION,even after
    her additional shooting, you again did not call the ambulance.
44. YOURS, certain criminal acts and criminal conspiracy to cover up your
    illegal shooting at me and fabrication false scenerio of shooting
    which you willfully chost to evade and ignor,and have continued to
    illegally and unlawfully misure the vested Law Enforcement Power and
    Authority of the same illegal and unlawful activity,are PROHIBITED
    from holding or enjoying any City employment of Public Trust,honor,
    or Profit within the Los Angeles and UNITED STATES OF AMERICA, and
    are believed to have sworn and subscribed a false and fraudulant OUTH.

45. YOU, LINDA K.TRAVIS-LAPD OFFICER, you never saw me before that shooting
    and I never saw you in my Life. you upon arrival spoke with my Wife,
    she informed you where is the apartment located and she give you
    security key to the security door.
46. YOU, during talking with my Wife,and loudy helicopter cirkling,you
    heard shots being fired outside the apartment by your partner officer
    O'Hara who go ahead of you, then you immediatelly go to the apartment
    security door, at the same time O'Hara was jumping over the brick
    wall to the driveway.
47. YOU, open the security door by key and O'hara go inside first, then
    you saw me laying and heavily bleeding, YOU stepped your heavy boot
    on my Right Hand and with twisting motion crashed my fingers-destroy
    my Right Hand-same time you bend and take my revolver from the floor.
48. YOU, still holding my bleeding right hand try to shot off my forefinger
    Trigger finger, but fortunately you miss and shot me between thumb
    and forefinger, the bullet exit amputate my middle finger tip,then
    you tell me "NO MORE GUN FOR YOU".
49. Next B.O'Hara grabbed me by a shirt and lift me up and you pull out
    my shorts to put inside my revolver and shot me in "COLD BLOOD" to
    the near testicle-penis area,then you tell me "NO MORE FUCK FOR YOU"
50. When O'Hara drop me to the floor,you stepped on my ribs and shot me
    to the right side of my abdomen.
51. you then drop my revolver to the floor and KICK THE REVOLVER TO THE
    DRIVEWAY.
52. YOURS certain criminal acts and involvment in criminal conspiracy
    to cover up O'Hara attempt murder at me and yours Bruttal-Torture
    shooting at me using my revolver and fabrication false scenerio of
    shooting,which you willfully chost to evade and ignor,and have continued
    to illegally and unlawfully misure the vested Law Enforcement Power
    and Authority of the same said Public Office to aid,and furtherance
    of the same illegal and unlawful activity,are PROHIBITED from holding
    or ejoying any City employment of Public Trust,honor,or Profit within
    the Los Angeles and UNITD STATES OF AMERICA,and are believed to have
    sworn and subscribed a false and fraudulant OUTH.
53. YOU DAVE STAUMBAUGH LAPD OFFICER and YOU GORDON OLSON LAPD OFFICER,
    both of you certain criminal acts and involvment in criminal conspiracy
    to cover up B.O'Hara attempt murder at me and L.Travis Bruttal-Torture
    shooting at me by using my revolver, both of you PARTICIPATE in false
    fabrication of crime scene scenerio of shooting at me with PLANTED

Page 11.

REVOLVER IN MY MOUTH,which both of you willfully chose to evade and ignor and committing perjury in Court of Law,and have continued to illegally and unlawfully misure the vested Law Enforcement Power and Authority of the same said Public Office to aid,and furtherance of the same illegal and unlawful activity,are PROHIBITED from holding and enjoying any City employment of Public Trust,honor,or Profit within the Los Angeles and UNITD STATES OF AMERICA and are believed to have sworn and subscribed a false and fraudulant OATH.

54. YOU MICHAEL BERCHEM serial #23465 LAPD **LEADER** Detective Investigator RHD/HSS-1; YOU ERIC MOSHER serial #30115 LAPD Detective Investigator RHD/HSS-1 and YOU BRIAN CARR LAPD Detective Investigator RHD/HSS-1, when after shooting I was taken away to Hospital,all of you order to evacuate all neighborhood around and from apartment building, then all of go upstairs to our apartment and without "Search Warrant" or "Consent of Search or Present my Wife" enter lewt open door apartment, first knowing that my Mother is waiting on the phone and she hear all the shooting downstairs,one of you crash and destroy the receiver, all of you start vandalize and shooting the apartment. - take my blood from bottom of the stairs and **PLANT** the blood on the couch in living room and the bethroom door - take from the bottom of the stairs my revolver bullet which was shot by L.Travis to my right hand and **PLANT** in the bathroom floor to make cover up that I shot myself to the right hand, **PLANT** spend ammo and live ammo from my revolver,all of you like BARBARIAN -SAVAGE TO FRAME ME AND COVER UP ATTEMPT MURDER BY YOURS OWN.

55. YOU M.BERCHEM approx 5:30am at Hospital after my surgery receive from nurce "SHIRT,SHORTS and SANDALS" and go to crime scene and **PLANT** bloody shirt on the steps outside the security door to the driveway **CLOSE** to the **PLANTED** revolver by L.Travis, then you **PLANT** spend ammo in the shorts "LEWT POCKET" and **PLANTED** the shorts close to the shirt and revolver,

56. THEN ALL OF YOU TAMPERED-PLANTED-FARMED FALSE EVIDENCE on the driveway bottom of the stairs and security door,which take all of you about **NINE (9) Hours!!!**

57. ALL OF YOU CONFEDERACY OF CRIMINAL CONSPIRACY are responsible for all cover up investigation,intimidation-coarce my witnesses,my Wife and her friands Kasia Sulima and Mariusz Kukier and Michael Kulig.

58. ALL OF YOU certain criminal acts,and criminal conspiracy to cover up attempt murder at me,Bruttality-Torture me,isue a false police reports, WITHHOLDING-HIDDING-DESTROYING "EXCULPATORY-IMPEACHING EVIDENCES,which all of you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested Law Enforcement Power and Authority of the same said Public Office to aid,and furtherance of the same illegal and unlawful activity,are PROHIBITED from holding or enjoying any of Public Trust,Honor,or Profit within the Los Angeles and UNITED STATES OF AMERICA,and are believed to have sworn and subscribed a false and fraudulant OUTH.

59. YOU BRANT SMITH L.A.County District Attorney-Investigator, YOU CHARLES CLAY L.A.County District Attorney-Deputy, YOU CATHRINE F.BROUGHAM Former Prosecutor - Present, Judge at Whitter Court; YOU JACKIE LACEY L.A. County District Attorney; YOU JAMES GARRISON L.A.County Attorney-Head Deputy.  BOTH OF YOU B.SMITH AND CH.CLAY was notified of shooting on August 22,2001 at 12:18am and respond to the scene,both of you partisipate in "Cover Up" LAPD Investigation,filed false incident report and ENGAGED criminal conspiracy to WTHHOLDING,HIDDING EXCULPATORY - IMPEACHING

Page 12.

PHYSICAL,MATERIAL EVIDENCE AND FRAME ME with false charges to obtain illegal conviction.

60. YOU CATHRINE F.BROUGHAM, PROSECUTOR IN THIS CASE, you are the "BLOODY HANDS CRIMINAL MANIAC" AGENT WHO ORGANIZE THIS CRIMINAL CONSPIRACY against me in Order to obtain conviction, long prison term sentence and SECURE THIS SENTENCE on long road of appeal, REGARDLESS of my Universal Human Rights, LIBERTY, JUSTICE, LAW in the United States. Violating my Raights Violating YOURS!!!

61. YOU conspire with L.A.County Jail officials,by sending a "Snitches" and Hitman to assault and silence me,according to the evidence.

62. YOU with officer M.Furmanski by criminal threat,horrast my family,Mother and Sister,according to the evidence.

63. YOU are the fabricator of the New 911 call tape "without my vóice",and nine (9) pages of false conversation my Wife with operator,according to the evidence.

64. YOU INTIMIDATE-COARCE my Wife,train,and preper her and her friands,Kasia Sulima and Marjusz Kukier a "HOSTLE WITNESSES" to present perjured testimony, which have affected the judgment,according to the evidence.

65. YOU preper and pass to Defense attorney B.Orlyn "FROUD DISCOVERY", according to the evidence.

66. YOU KNOW and are responsible for physical "Highly Important" and admissible material evidence of the bullet taken from my back by surgeon at U.C.L.A on January 7,2002, this bullet was from my revolver,according to the evidence.

67. After I and my family discover that defense attorney B.Orlyn is in conspiracy with you against me,and we FIRE HIM,my Mother hire new private attorney Mr.IVAN CARP, B.Orlyn pass to you his phone number and you intimidate Mr.Ivan Carp to not cam to the Court the next day,he return the money and explain what happen,according to the evidence.

68. YOU "PLANT" George A.Quevedo private attorney with his Former LAPD Officer private investigator Ricardo L.Jauregui, "Snitch who was with me in Jail" according to the evidence.

69. YOU ARE THE "CREATURE WITHOUT VALUE" who organize the "KANGAROO SECRET COURT" YOU FIX THE LAPD EMPLOYEE JURY PANEL,Court Reporter,Polish English Interpreter,all under yours conspiracy,according to the evidence.

70. YOU know my gunshot wounds Medical Records, specifically, Allegedly Assaulting Police Officers by extend my right arm and holding the gun in my right hand, which is EXCULPATORY-IMPEACHING PHYSICAL MATERIAL EVIDENCE,according to the evidence.

71. YOU "Deliberately" ORGANIZE to "PREVENT ME" from defense myself to present and explain to the Jury my gunshot wounds, using the Judge with my Lawyer, according to the evidence.

72. YOU DELIBERATELY FRAME ME BY USING "TAMPERED-PLANTED-MADE UP-FALSE OR FABRICATED EVIDENCES TO OBTAIN CONVICTION,according to the evidence.

73. YOU are the "Agent of a Forein Principal",acting under wrongfully assumed Powers and Authority and under pretense and colors of office,Laws,and Title,by and through certain terrorist criminal acts,including WITHHOLDING HIDDING,or Cover up-Made up Exculpatory-Impeaching Evidence,which you willfully chose to evade and ignor, Regardless of whether there is "LIBERTY-CORE VALUE OF JUSTICE-UNIVERSAL HUMAN RIGHTS-CONSTITUTIONAL RIGHTS STATE AND FEDERAL,OR RUIN MY OR DESTROY MY FAMILY LIFE,you have continued to illegally and unlawfully misure the vested Powers and Authority of the same said Public Office to aid,abet,counsel,command and procure the commission and furtherance of the same illegal and unlawfull activity,modes,procedures and THREAT TO PUBLIC SAFETY, ARE PROHIBITED

Page 13.

from HOLDING or ENJOYING any Office of Public Trust,HONOR,or Profit within the UNITED STATES OF AMERICA and are believed to have sworn and subscribed a false and fraudulant OATH.

74. YOU JACKIE LACEY,JAMES GARRISON and SCOT GOODWIN,all of you on Dec.4,2013 was notify with docomentation complaint against D.A.Officials,CATHRINE F.BROUGHAM, BRANT SMITH and CHARLES CLAY of crimes committed against me under a "Criminal Conspiracy" by refusing to investigate and prosecuted All of you ENGAGED the above Criminal Conspiracy,according to the evidence.

75. All of you, certain crminal acts,and criminal conspiracy to cover up LAPD attempt murder at me,issue a false D.A.Final reports,frame me with multiple domestic violance and assault police officers with firearm to obtain the "OUTRAGE" conviction by prosecutor C.Brougham FIXET LAPD EMPLOYEE JURY Panel,and sentence for decades to prison by a "CROOK"secret Court Judge conspiracy, which all of you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested Powers and Authority and under pretense and colors of office,Laws,and Title,of the same said Public Office to aid,and furtherance of the same illegal and unlawful activity, are PROHIBITED from Holding or ejoying any Office of Public Trust,Honor,or Profit within the UNITED STATES OF AMERICA,and are believed to have sworn and subscribed a false and fraudulant OATH.

76. YOU CRIMINALIST ROMERO LEONARDO,LAPD FIREARM EXPERT; YOU VENESSA GOULD CRIMINALIST LAPD FIREARM EXPERT; Detective LeFall serial #20154 and LISA NELSON CRIMINALIST LAPD EXAMINER, All of you Knowingly and Deliberately investigated,examined and photographed Nine (9) hours OLD CRIME SCENE, "ALL EVEDENCE TAMPERED OR PLANTED AND FARMED In Conjunction with Attempt Murder on Police Officers/Domestic Violance investigation,according to the evidence.

77. ALL OF YOU ACTIVE PARTICIPATION IN CRIMINAL CONSPIRACY to COVER UP OR MADE UP EXCULPATORY-IMPEACHING EVIDENCE, LAPD Attempt Murder at me, and Frame me for Domestic Violance charges,issue multiple false firearm exp. reports, committing perjury in Court of Law to help Prosecution to obtain conviction, which all of you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested LAPD Power and Authority of the same said Public Office to aid,and furtherance of the same illegal and unlawful activity,are PROHIBITED from holding or enjoying any of Public Trust,Honor,or Profit within Los Angeles and the UNITED STATES OF AMERICA, and are believed to have sworn and subscribed a false and fraudulant OATH.

78. YOU BARRY M.ORLYN,Attorney at Law,Private Retained, YOU PARTICIPATE IN CRIMINAL CONSPIRACY WITH LAPD OFFICIALS; D.A.PROSECUTOR CATHRINE F.BROUGHAM JACKOB ADAJIAN,JUDGE Dept.36;and MICHAEL M.JOHNSON,Dept.126 JUDGE, more, you violate my rights of reasonable,honest,loyal and effective defense, YOU NEVER INVESTIGATE OR BEEN ON THE CRIME SCENE,YOU NEVER SEARCH for potential naighbors witnesses who saw the shooting at me.

79. YOU never even attempt to supoena my Hospital medical record related to my gunshot wounds, specifically,metal fragments, gun powder residue,my right hand alleged to assault the police holding a gun, etc.

80. YOU never investigate or interview my Wife or LAPD officers involved shooting, you violate my rights to confront accuser.

81. YOU at Preliminary Hearing deliberatelly chose to accept and proceed with police-Prosecution case.

82. YOU never investigate my Wife "Criminal Threat" two weeks before a incident

Page 14.

which was exactly execute by LAPD officer Linda Travis,she was testefy at P.Hearing.

83. YOU never investigate my Wife alleged Injury,or ask the Court to Order the Prosecutor to produce those photographs of the injury at P. Hearing YOU deliberatelly chose to "Stipulate" that photos without see them.

84. You never investigate the Prosecution "Fraud Discovery",false police report cover up investigation photographs,apartment shooting-vandalize,etc.

85. YOU never "Supoena" our apartment "Phone record" Material Evidence in this case, You never supoena 911 call tape with confirmation from that office,which is "CORE" evidence in this case.

86. YOU Knowing that "Bullet" on my back is from my revolver and gona be removed by surgeon at Hospital, you deliberatelly in conspiracy with LAPD, Prosecutor, never show at Hospital with "Camera" to secure this physical material evidence in this case.

87. YOU deliberatelly on Cross-Examination M.Furmanski and Linda Travis you "LEAD THEM" against me.

88. You never verify the existance or nonexistance or possible FORGERY of the Restraining Order, which was even without my signature.

89. All your representation was a criminal conspiracy against me,you also never visit me in County Jail with "Camera" which I at first was asking you to take the photos of my fresh gunshot wounds with G.S.Residue.

90. Presently you are "DISBARRED" since 2009,and found "GUILTY" for serious misconduct. I AM VERY HAPPY ABOUT THIS SAME JUSTICE!!!

YOU GEORGE A.QUEVEDO,private retained,and your private investigator,FORMER LAPD OFFICER RICARDO L.JAUREGUI, both of you are the MEMBER OF CRIMINAL CONSPIRACY against me in order to obtain conviction,and long time prison sentence, **Regardless**, of my Universal Human Rights,Liberty,Justice, Law in The United States of America, Violating my Rights,you violating yours!!

91. YOU G.Quevedo "DOUBLE-DEALING - HYPOCRITICAL-WITHOUT VALUE MAN" when I was in cell without working phone and have no contact with my Family, you on April27,2002,have the phone number to my Mother from R.Jauregui who was a "IMPOSTER INMATE" in the same dorm with me at "East Max"Jail amonths before, you call my Mother and LIE to her, that you calling from somebody in Jail "recommendation",Mother thinking that it is from me and she knows that I have only 5 days to hire new lawyer, she hire you and pay In Advance $10.000 dol. plus monthly $350.00.

92. On May 17,2002,you visit me in County Jail-WITHOUT 'CAMERA'which I was strongly requested and you promys??? I give you fife (5) pages 'Detailed Statement of my defense' with supporting evidence of my gunshot wounds you saw them still frsh.

93. YOU in conspiracy PASS my statement story to the Prosecutor C.Brougham who know my defense and preper my Wife and her friand to testefy.

94. You on June 4,2002, file the Motion and ask the Court with your Deliberate 'recommendation' of a "IMPOSTER PRIVATE INVESTIGATOR" Ricardo L.JaUREGUI to be appointed by Court to investigate my case with limmitted payment, Judge grant this Motion.

95. On june 21,2002, when R.Jauregui cam to visit me in County Jail "THAT WAS A SHOCK TO ME"-immediatelly I recognize him- there was no visit I go back to my cell and call my Mother and she call you to "FIRE THIS CREATURE AT ONCE" YOU SET YES - BUT NEVER FIRE HIM? and you keep going this criminal conspiracy against me.

96. On July18,2002,you LIE in the Court by filing a Motion for "FURTHER" the investigation.

97. YOU before trial when I was in holding cell cam to me with prosecution

Page 15.

Bargein of 12 years State Prison, You "DELIBERATELLY DID NOT EXPLAINT or EVEN TRY TO CONVINCE ME THAT I HAVE NO CHANCE AGAINST LAPD IN L.A. COURT SYSTEM - IT IS A MATTER OF LIFE AND DEATH, and YOU WAS PAYD FOR "HONESTY-LOYALTY - YOU STEAL MY MONEY-YOU SOLD MY LIFE - YOU KNOW THE OUTCOME BEFORE THEY STARTED A TRIAL???

98. YOU "WIN FOR ME 35 YEARS IN PRISON WHEN I WAS 52 YEARS OLD IT IS "DIE" IN AMERICAN CAPTIVITY.

99. At trial, WHAT YOU DID TO ME IT WAS "OUTRAGE" you totally ABONDED ME JUST AFTER PROSECUTOR 'Opening Statement', you was acting against me by following LAPD and Prosecution case, You Deliberatelly under the conspiracy with Judge and D.A. with LAPD Detective "WITHHOLDING-Hide- or COVER UPS MY EXCULPATORY AND IMPEACHING 'MATERIAL' PHYSICAL EVIDENCE.

100. YOU deliberatelly conducted a flaved Cross-Examination of trial witnesses my Wife, LAPD Officers, Firearm Experts, my Wife friends which cause total damage to my defense.

101. YOU even when I try to DEFENSE MYSELF, on the witness stand or make a "MARSDEN MOTION" YOU DELIBERATELYY PREVENTED ME FROM SHOW AND EXPLAIN TO THE JURY ALL MY EXCULPATORY-IMPEACHING PHYSICAL EVIDENCE OF ALL MY GUNSHOT WOUNDS, Specifically, ALLAGED ASAULT P.O. BY MY RIGHT HAND GUNSHOT WOUND AND WOUND INFLICTED BY LINDA TRAVIS.

102. YOU was Intentionally 'Leading me against my defense' with IGNORANT MANNER in front of LAUGHTER JURY, You INSULT ME IN THE COURT!!!

103. YOU Ricardo L.Jauregui, Former LAPD officer, you intimidate my witnesses, Michael Kulig was a witness to "Criminal Threat" committed by my Wife against me, which was a MATERIAL EVIDENCE TO DEFENSE ALL DOMESTIC CHARGES

104. You was appointed by a Court to investigate my case for defense, But You 'Investigate - snitch - Spy against me 'YOU ARE THE THEFT, YOU STEAL THE MONEY FROM THE COURT!!!

105. YOU GEORGE A.QUEVEDO and RICARDO L.JAUREGUI, BOTH OF YOU certain criminal acts, and active involvment in criminal conspiracy to cover ups or made up my Wife and LAPD crimes, which both of you willfully chose to evade and ignor, and have continued to illegally and unlawfully misure the vested Power and Authority of the same said Public Office to aid, and furtherance of the same illegal and unlawful activity, are PROHIBITED from HOLDING, SERVING OR ENJOYING any Office of Public Trust, Honor or Profit within the City of Los Angeles and UNITED STATES OF AMERICA.

106. YOU, BOB S.BOWERS, Jr., L.A.County Superior Court, Judge, Dept.105; YOU, MICHAEL M.JOHNSON, Judge, Dept.126; and YOU, JACKOB ADAJIAN, Judge, Dept.36 All of you, acting under wrongfully assumed Powers and Authority and under pretense and colors of Office, Laws, and Title, are hereby given this "Commercial Affidavit", by and through certain illegal and unlawfull acts, in the instant matter, all of you did knowinglly and willfully act and Conspire to Oppress, Injure, and damage my life as herein below set forth.

107. YOU, Jackob Adajian, Judge, Dept.36, On November 9/2001, at Preliminary Hearing, you criminaly conspire with LAPD Officers, D.A.Prosecutor and Defense Counsel, according to the P.H. transcript "No competent evidence has been presented to support for further procedure of all D.V.charges" My Wife refuse to cam and testefy against me - D.A. present and you alow the Heresay evidence by a LAPD Officer to testefy and LIE - no evidence presented of any corporal injury, to the spouse - defense Motion to dismiss all D.V. charges should be granted, but conspiracy prevented you?

Page 16.

108. YOU, MICHAEL M.JOHNSON,Judge,Dept.126; On March 28/2002, Defense Counsel file the Motion to dismiss or suppress evidence pursuant to P.C.&1538.5 "Permits a defendant to move to suppress evidence on the ground that it was obtained in violation of the Fourth Amendement to the United States Constitution, You should grant that Motion, but criminal conspiracy Obligation prevented you.

109. YOU, BOB S.BOWERS,Jr.,TRIAL JUDGE,Dept.105; You the CreaTURE WHO Create that "KANGAROOO SECRET COURT"and you are the LEADER acting under Criminal Conspiracy,(Cal.Penal Code sec.182; Cal.Penal Code sec.153--Componding Crimes; Cal.Penal Code sec.186 --Racketeering Act; 18 USC 241, Federal Racketeering Act,18 USC 1961 et.seq.) with LAPD Officials - L.A.County District Attorney's Officials, corrupt defense attorney, Polish-English interpreter, Court Reporters, LAPD Officers witnesses, LAPD Firearm Exp., Lidia Jolanta Choinski, Kasia Sulima, Mariusz Kukier and "FIXET LAPD EMPLOYEE JURY PENAL" to obtain "ILLEGAL AND UNLAWFUL CONVICTION and Deliberate 'Kidnapping me to State Prison for 35 years, You are the "BLOODY HANDS CRIMINAL" according to the FRAME UPS - COVER UPS - MADE UPS - trial evedences and MASSIVE PERJURY, Specifically, WITHHOLDING - HIDDEN - EXCULPATORY-IMPEACHING PHYSICAL "MATERIAL" Evidences, which you and my lawyer PREVENTED ME TO PRESENT TO THE JURY AND MAKE COURT RECORD FOR APPEAL PURPOSES you willfully chose to evade and ignore,and have continued to illegally and unlawfully misure the vested Powers and Authority of the same said Public Office to aid,abet,counsel,command and procure the commission and furtherance of the same illegal and unlawful activity,modes,and procedures,and are PROHIBITED from Holding,or Enjoying any Office of Public Trust,Honor,or Profit within Los Angeles and U.S. of America, and are believed to have sworn and subscribe a false and fraudulant OUTH, and have caused grievous Harm,Damage and injury under pretense and colors,and are in breach of numerous Legal Duties imposed upon our Public Offices, and YOU, by Law are Barred,estoped and precluded under the "CLEAN HANDS DOCTRINE,"and "PUBLIC POLICY",from making any claim or right,title,or interest thereon.

110. YOU, LEONARD J.KLAIF,APPOINTED BY THE COURT OF APPEAL - APPEAL ATTORNEY; YOU ENGAGE AND PARTICIPATE IN "CRIMINAL CONSPIRACY" AFTER KANGAROO COURT TRIAL, you conspire with LAPD Officials - L.A.County District Attorney's Officials - L.A.County Superior Court,TRIAL JUDGE -Court of Appeal,CLERK - and Defense Trial Counsel, against me in ORDER TO SECURE OUTRAGE WRONGFUL CONVICTION and ILLEGAL-OUTLAW LONG TIME PRISON SENTANCE ON APPEAL PROCESS REGARDLESS, of my UNIVERSAL-FUNDAMENTAL HUMAN RIGHTS - LIBERTY - JUSTICE- LAW IN UNITED STATES OF AMERICA,

111. YOU are the "KEY ACTOR" to Cover ups LAPD attempt Murder at me,after you was "AWARE" of all EXCULPATORY-IMPEACHING Physical "MATERIAL" evidence by my Sister who drive 200 mil. to your officer to present you WITHHOLD - HIDDEN BY LAPD DETECTIVES, D.A.Prosecutor and Defense Attorney and"YOU" TO THE END!!!

112. YOU, Conspire with Court of Appeal CLERK who hold for about month my Complaint to Fire you and request new attorney, the Clerk was waiting for your 'Opening Brief' and file the same times with my complaint,SMART?

113. YOU, NEVER CHALLENGE a "MARSDEN MOTION" proceedings,were prepared by TRIAL Court under separate cover for "YOUR APPELLATE PURPOSES",sealed in an envelope,and filed along with the appeal transcript, THAT WAS THE TRIAL COURT AN ORDER!!!

Page 17.

114. Specifically, you know that I have a **Corrupt** defense attorney, I try to defense myself by introduce my Exculpatory-Impeaching physical Material evidence against **A CORE OF THE CASE - ASSAULT P.O. WITH FIREARM**, the bullet which was recover from my back by surgeon in U.C.L.A. Hospital **WAS FROM MY REVOLVER???**

115. This **"MATERIAL" Evidence** was WITHHOLD-HIDDEN- by criminal conspirator like a Trial Judge-Prosecutor-LAPD Detective in Court room-Defense Attor. and **"YOU"** to **SECURE CONVICTION AND SENTENCE FOR FOUR (4) Counts-each count 18 years State Prison and Four (4) STRIKE!!!**

116. YOU, Never visit me when I was holding in S.H.U. at CMC-EAST State Prison for almost eight (8) months when pending appeal process, this segregation was NOT my fault - that was "THEM" and "YOU" conspiracy to **seperate me from my family and inmates who my help me, so you have free hands to work against me.**

117. YOU, Deliberately challenge in your "Opening Brief", kidnapping count which was file two (2) months after my arrest by D.A. "AMANDET" complaint and **PLANNED** ahead for appeal-includig bulgrary my OWN apartment?

118. YOU, L.J.Klaif you not×missed any arguable issues, you just follow LAPD conspiracy Order and "**DELIBERATELY - SUCCESSFULY "BAR" my Writ of HABEAS CORPUS PETITION AND CIVIL ACTION AGAINST LAPD EXCESSIVE USE OF DEADLY FORCE**", according to the evidence of the Superior Court=ORDER "The claims which form the BASIS for the Writ could have been, but were not raised on Direct Appeal", and CIVIL ACTION District Court ORDER "Under HECK; 512 U.S.at.489-90 (Plaintif's claims under &1983, do not accure until HIS CONVICTION HAS BEEN REVERSED"

119. YOUR profesional judgment and MERIT TO THE LAPD CONSPIRACY, permanently "SECURE" my conviction and LIFE IN PRISON WITHOUT DAMAGE MONEY!!!, I believe that was not for FREE? I would like to know for "how much you get for my Life???

120. Leonard J.Klaif your certain criminal acts,and active involvment in criminal conspiracy to Cover Ups - Made ups - Frame ups charges by my Wife with LAPD criminals attempt murder at me, including Cover up the Kangaroo Secret Court **Outrage Trial**, which you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested Power and Authority of the same said Public Office to aid,and furtherance of the same illegal and unlawful activity,you are **PROHIBITED** from Holding or Enjoying any of Public Trust,Honor,or Profit within the Los Angeles and United States of America, and are believed to have sworn and subscribed a false and fraudulant OATH.

121. YOU, PAUL L.ABRAMS - United States District Court, Magistrate Judge; YOU, MARGARET M.MORROW - United States District Court,District Judge; YOU, MANUAL L.REAL - United States District Court,District Judge; All of you, acting under wrongfully assumed Powers and Authority and under pretense and colors of Office Laws,and Title,are hereby given this "Commercial Affidevit", by and through by certain illegal and unlawful acts, in the instant matter, all of you **Knowingly and Willfully act under "Criminal Conspiracy"** to SECURE MY WRONGFUL CONVICTION AND OUTRAGE-ILLEGAL SENTENCE,case No.CV 06-1672-MMM-(PLA) and COVER UP LAPD CRIMINALS WHO COMMITT ATTEMPT MURDER AT ME, moreover, acting under same conspiracy "illegally and unlawfully **Prevented me to proceed my Civil Action** case No.CV 04-4459-R-(PLA) to recover damage money for 'Permanent Injury'of TORTURE AND MULTIPLE GUNSHOT WOUNDS.

Page 18.

122. YOU, PAUL L.ABRAMS,U.S.Magistrate Judge, you referred youself to BOTH:
CASES "CIVIL ACTION AND CRIMINAL APPEAL HABEAS CORPUS to consider prelimi
nary matters and conduct all further HEARINGS and preper a report and
recommendation with proposed finding of fact and conclusion of Law and
a proposed written order or judgment in Civil Rights cases -CV 02-7461-
MMM-(PLA) dated 9/11/2002; CV 04-4459-R-(PLA) dated 6/24/2004; and CV
09-2704-ABC-(PLA) dated 4/17/2009, all against City of Los Angeles -
LAPD et.al. for use excessive deadly force 'Making Arrest' and 'TORTURE
and Assault 'After Arrest'; and Conspiracy to cover up wrongduing.

123. On March 20.2006, I filed petition for Writ of Habeas Corpus case No.
CV 06-1672-MMM-(PLA) this and above cases WHOLE PROCEEDINGS demonstrate
and PROVE the "Expresion of BIAS-BASED ON ETHNISITY-POLITICAL RELATION-
SHIP with City of L.A. Officials and LAPD Officials "ACCROSS THE STREET"

124. YOU, PAUL L.Abrams, the facts within Civil Action proceedings "PROVE"
that you "Deliberatelly Deprived me" of an "EVIDENTIARY HEARING" which
was many times requested with sufficent allegations to prove my "virsion
of evants of shooting" were the Officers committing use of excessive
deadly force-attempt murder and violate my Fourth Amendment to U.S.Constit
ution Rights.

125. On Sep.15,2006,in above case you issue a Final Report and Recommendation
RE: Defendants Motion for Summary Judgment, which was adopted by District
Judge Manual L.Real "That this action is dismissed with prejudice as
to all of plaintiffs claims apart from plaintiff claims for alleged use
of excessive force,which are dismissed without prejudice to bringing
the claims if plaintiff relevant criminal conviction are invalidated,and
addet by you "that it would not be possible to determinate the merit
of my claims of excessive force against O'Hara" WITHOUT EXPLORING THE
VALIDITY OF HIS CONVIOCTION ON FOUR COUNTS OF ASSAULT AGAINST THE OTHERS
OFFICERS!!!

126. I request you many times for Issue an Order in "STAYING THE ENTIRE ACTION
UNTIL RESULT OF MY HABEAS CORPUS PROCEEDINGS" involving FOUR COUNTS of
ASSAULT P.O.,dated 9/13/2004 - DENIED without written reasone on 9/14/2004
next dated 11/17/2004 - DENIED without written reasone on 11/19/2004;
next dated 4/03/2006 - DENIED without written reasone on 4/04/2006.

127. Because my Civil Action are BARRED by HECK v. HUMPHREY, 512 U.S.477,486-87,
I adduced sufficant evidence that my CONVICTIONS HAVE BEEN CALLED INTO
QUESTION BY A FEDERAL COURT'S "ISSUANCE" OF A WRIT OF HABEAS CORPUS,
HECK,at.486-87, that time Habeas Corpus was PENDING BY YOU???

128. YOU, PAUL L.ABRAMS, the facts from Civil Action and Habeas Corpus BOTH
Action presiding by same time "PROVE" the conspiracy that you "Deliberatell
depriving me of,including,but not limited to an "EVIDENTIARY HEARING"
which was many times requested with sufficient allegations-(before you
dismiss on Sep.19,2006 my Civil Action) to "PROVED MY INNOCENCE" to FOUR
counts of assault Police Officers-which NEVER HAPPEN!!! - to proved LAPD
crimes to cover up and MASSIVE PERJURY in the Court of Law, you DENIED
me these requests in conflict with 9th.Circus rulings, TOTEN v.MARCLE,

129 F3d.1172,1176 (9th.Cir.1998)(Habeas Corpus proceedings,AN Evidentiary
HEARING REQUIRED); FREZER v.UNITED STATES,18 F3d.778,784 (9th.Cir.1994)
"Where a defendants allegations...ARE BASED ON FACTS OUTSIDE OF RECORD...
Evidentiary Hearing is Required".

130. YOU, Paul L.Abrams illegally and unlawfully under conspiracy Dismiss WITH
PREJUDICE MY HABEAS CORPUS ACTION,and have caused grievous harm,damage
my Life,and injury under pretense and colors,and are in breach of numerous
legal duties imposed upon our Public Offices,and you,by Law are barred,
estoped and precluded under the "CLEAN HANDS DOCTRINE"and "Public Policy",
from making any claim or right,title,or interest thereon.

Page 19.

131. YOU, Paul L.Abrams and YOU, Margaret M.Morrow, both of you certain criminal acts,and active involvment in criminal conspiracy to Cover Up Made Up - Frame Ups false charges by my Wife with LAPD Criminals, including <u>COVER UP "KANGAROO SECRET COURT OUTRAGE TRIAL"</u>, which all of you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested Powers and Authority of the same said Public Office to aid,and furtherance of the illegal and unlawful conspiracy activity,you are **PROHIBITED FROM HOLDING OR ENJOYING ANY PUBLIC TRUST,HONOR,OR PROFIT** within the Los Angeles and UNITED STATES OF AMERICA and are believed to have sworn and subscribed a false and fraudulant OATH, all of you committed Thirty Seven (37) action of High Crimes and misdemeanors in a single count of conspiracy, an elected officials in Government doing this things would be charged as **FELONYS (4250.000) 18 USC 241, 3571,1963.**

132. <u>YOU, RICHARD M.TEFANK,Executive Director; You, CHARLIE BECK,Chief of Police and INTERNAL AFFAIR GROUP.</u> The Board of Police Commissioners is the Head of the Police Department, acting under wrongfully assumed Powers and Authority and under pretense and colors of Office,Laws and Title,are hereby given this Commersial Affidavit of LAPD Officers use of excessive deadly force - LAPD with District Attorneys officials Criminal Conspiracy to **Cover ups Employees Misconduct,** Planting false evidence,Tampering on Crime Scene,Coarce and Intimidate my witnesses and my Family in U.S. and in Poland my Dother and my friends,**Massive Officers Perjury to obtain Wrongfull Conviction and Outrage Sentence,** by through certain illegal and unlawful acts,including,but not limited to,wrongful fabrication of 911 call, wrongful issuance of many false Police Reports (see exhibits sent to you on 02/24/2013;03/17/2013) the same was effected under force of arms of your Foreign Principals and Organizations,including others whose names are not known to me at this time.

133. ALL OF YOU acts and/or authorization of acts committed by said **BLOODTHIRST Officers,**employees,detectives,assouates,representatives,receivers and/or Agents,et cetera, are done under color of a Law Enforcement on behalf of your Foreign Principals and its Artificials Organizations and clearly in excess of the express and conditional,delegated and vested Powers and Authority,as established by the Ordained Constitution for the UNITED STATES OF AMERICA.

134. <u>I JOHNNY CHOINSKI, RIGHTFULLY DEMAND IMMEDIATE NOTICE IN WRITTING OF THE RESULTS OF THE INVESTIGATION BY "INTERNAL AFFAIRS GROUP"</u>,whose names are not known to me at this time, or other individuals acting under their direction and control,

135. YOU, Richard M.Tefank, YOU, Chief of Police,Charlie Beck,LAPD,et al. were forewarned and duly informed that I will file "Criminal Complaint" to the United States Attorney General,et.al. of certain criminal acts,which all of you willfully chose to evade and ignor,and have continued to illegally and unlawfully misure the vested Powers and Authority of the same said Public Office to aid,abet,command and procure the commission and furtherance of the same illegal and unlawful activity,modes and procedures,and are PROHIBITED from Holding or Enjoying any Office of Public Trust,Honor,or Profit within the UNITED STATES OF AMERICA,and are believed to have sworn and subscribed a false and fraudulant OATH.

136. THAT I, Johnny Choinski,the Undersigned,herewith and herein demand of ALL PARTIES involved in anyway in this so-called cause of action,who

Page 20.

attempt or continue to proceed against me or my properties in the instant
cause of action in any way,furnish answers to the following:

    a) Where is the real and true Commercial Paperwork bearing
    on this instant matter that made me liable?
b)Where are the real,true,proper and lawful assessments bearing
    on this instant matter that I am said to be liable?
c)Where is the itemized statement,ledger and accounting for
    service rendered with respect to this instant matter?
d)What or whu are the Parties engaging in fair business practices
    in the instant matter?
e)Where is full disclosure bearing on all matters pertaining
    to this instant matter?
f)Where is the clean hands?
g)Where is the good faith action?
h)Where is the Truth,Mercy,Grace,and all similar just and
    virtuous qualities and proceedings based on them that are
    supposed to inhere in commerce and the Uniform Commercial
    Code?

137. THAT all parties who act against this Affiant on their allegd basis
must produce the Commercial Affidavits of TRUTH,sworn by the claimants
to be "True,Correct,and complete (certain)," which prove the origin
and foundation of their claims and include providing the contract(s)
or agreement(s) with the signature of this Affiant thereon wherein this
Affiant has knowingly, intensionally, and voluntarily,in full legal
and lawful capacity,agreed to waive or surrender rights to the IRS,its
Principals,or the United States,or agree to become subject to or the
slave or property of said entities in any way or in any jurisdiction
whatsoever.
138. IN order for crime to exist,four elements must exist; there must
be a defined crime,there must be a victim,that the victim must have
been damaged,and the intent must be established on the part of the accused
Without proof of all four elements,no crime can said to have been
committed.
IN THIS Affidavit,crimes are defined,the Affiant is the VICTIM, this
Affidavit verifies the damages,and the intent is established at the end
of the thirty (30) day grace period,if the respondents fail to rebut
(respond to)the wrongs they have been a party to as noted herein.

139. NOTICE IS HEREBY GIVEN,and demands made,on all Claimants--[parties]
[other Officials,Attorneys,Detectives,Judges,Experts],and any other
involved Parties,that:

    a) All properties taken unlawfully,removed in violation of commerce,
or otherwise converted,sold,or seized by LAPD-Property Division
evidence No. 01-06-26916, items #83 through #92 and #104 Sandals.
Be Immediately Returned to Johnny Choinski the Undersigned Affiant,
justly possessing the Lawful and Legal Title thereto;OR
b) All Parties who procedd to act or assist in said actions,against
this Affiant,Johnny Choinski,without thorough,verifiable,poin-by-
point rebuttal of each and every point set forth in this Affidavit
shall be immediately charged with criminal fraud,theft,conspiracy
of extortion,theft and fraud,and commercial liens shall be placed
against all their real and personal properties(defined crimes:

Page 21.

California Penal Code Section 182 criminal conspiracy, 211 robbery, United States Criminal Code Title 18 Section 4 misprison of felony, 241 conspiracy against the rights of citizens, 872 extortion, 1001 fraud and false statements,and other such crimes as are related to issues of RACKETEERING 18 USC 1961, plus such Constitutional Violation not listed in the Criminal Codes combined and described simply as TREASON);and
c) All Court costs and legal fees relating to this instant case shall be paid by those who have drawn the undersigned Affiant Johnny Choinski into this instant matter;AND

140. THAT failure to respond as herein required to this Affiant,within the herein a prescribed time of thirty (30) days will be deemed by this Affiant to invoke the doctrine of acquiscence and admission, to recover, in commerce,the lost or damaged properties plus damages my life,penalties and costs. (California Civil Code &3281).

141. THAT this Commercial Affidavit,Notice and WARNING of Commercial Grace, IS THE ONE SUCH NOTICE AND WARNING.   IF ALL Wrongduing Unlawful and Injustice acts against me is not legally Corrected,and or issue an ORDER FOR RELEASE ME FROM ILLGAL INCARCERATION, it shall be considered a willful disregard for this Notice and Warning,and such shall engender the immediate filing of CRIMINAL COMPLAINTS (Affidavit of Information) andCommercial Liens (Affidavit of Obligation) against ALL parties involved.

142. THAT the foundation of Commercial Law,being based on certain eternaly just,valid,and moral precepts,has remained unchanged for at least six (6) millennia. Said Commercial Law forms the underpinnings of Western Civilization if not all Nations,Law,and Commerce in the WORLD, is NON-JUDICIAL,and is prior and superior to,the basis of,and cannot be set aside or overruled by,the laws and statutes of any governments,legislatures, quasigovernmental agencies,or courts. It is therefore an inherent obligatic on all Authorities,Officials,Governments,Legislatures,Governmental or Quasi-governmental Agencies,Courts,Judges,Attorneys,and all aspects and Agents of all Law Enforcement Agencies to uphold said Commercial Law, without said entities are violating the just basis of their alleged auth-ority and serving to disintegrate the society they allegedly exist to protect.

## CONTRACT OF LIABILITY FOR ALLEGATIONS

143. THAT if the undersigned failed to rebut such claims or charges,the Respondent would immediately declare a default against the Undersigned and proceed to collect on the claims made as being in agreement with said claims or charges. The Respondents' having made the claims or charge against the Undersigned,therby creating an implied contract,the Undersigned having rebutted said claim or charge demanding proof of said implied contract, a true binding contract was thereby created.

144. THAT the Respondents"attacks on the commercial or private liability of Undersigned Affiant,and this Affidavit or response/rebuttal to said claims or charges,created the mutually voluntary,consensual.commercial. private contract by and between the Undersigned and Respondents. Failure of Respondents to prove their claims or charges against the Undersigned within thirty (30) days (or in the alternative cease all collection or enforcement action against the Undersigned) shall constitute deliberate

Page 22.

criminal actions and willful breach of and default on a bilateral contract (Affidavit of Agreement) formed knowingly,intentionally,and voluntarily by and between the Undersigned and the Respondents.

145. THAT I, Johnny Choinski, the Undersigned Afiant,depose and certify that I have written the foregoing with intent and understanding of purpose and believe the statements,allegations,demands and contents herein to be true,correct,and complete,commercially reasonable,and just,to the best of my knowledge and belief.

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.
NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.
EXODUS 20:15,16
FURTHER AFFIANT SAITH NOT.

DATED: _JUNE 16, 2014_ _____ _AFFIANT_

JOHNNY CHOINSKI, AFFIANT

WITNESS MY HAND THIS _16_ DAY OF _JUNE_____,2014

/s/_____

JOHNNY CHOINSKI

STATE OF CALIFORNIA      )
                         ) :ss
COUNTY OF RIVERSIDE      )

ON THIS _16_DAY OF _JUNE_,2014,BEFORE ME,THE UNDERSIGNED NOTARY PUBLIC IN AND FOR THE STATE OF CALIFORNIA, APPEARED _____,( ) PERSONALLY KNOWN TO ME OR ( ) PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSON WHOSE SIGNATURE APPEARS IN THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE EXECUTED IT.

WITNESS MY HAND AND OFFICIAL SEAL:

/s/ _See Attached Ack_   NOTARY PUBLIC

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _RIVERSIDE_

On _June 16, 2014_ before me, _Judy Nealey Notary Public_,
<span style="font-size:small">(Here insert name and title of the officer)</span>

personally appeared _Johnny Chainski_,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Judy Nealey_
Signature of Notary Public

(Notary Seal)

> **JUDY NEALEY**
> Commission # 2046850
> Notary Public - California
> Riverside County
> My Comm. Expires Nov 22, 2017

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Commercial Aff_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _23_ Document Date_____
_INC. THIS ACK_
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgement is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document



California Rehab Center
Johnny Choinski,CDCR#T-70003
P.O.Box 1841,C-312-25 low
Norco,CA 92860

MAIL GENERATED FROM
CA REHAB CENTER.
CRC STATE PRISON

$ 01.92⁰

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:

UNITED STATES DISTRICT COURT
Central District of California
MANUEL L.REAL-District Judge
312 North Spring Street
Los Angeles,CA 90012

*LEGAL MAIL*

