UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY CHOINSKI, | No. CV 14-05077-FMO (DFM) |
| Plaintiff, | |
| v. | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| INTERNAL AFFAIR GROUP et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the commercial affidavit, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge, except, however, in light of Plaintiff's concession in his objections that his filing should be treated as a habeas corpus petition, the Court's judgment of dismissal will be without prejudice.

///

///

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: October 20, 2014

                                                        _____/s/_____
                                                        FERNANDO M. OLGUIN
                                                        United States District Judge