JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT

October 20, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHNNY CHOINSKI, | No. CV 14-5077-FMO (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| INTERNAL AFFAIR GROUP et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: October 20, 2014

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge